## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NUMBER 6:18-CR-50-JRG-KNM** |
| | § | |
| **TERRANCE MICHAEL CULLINS** | § | |
| **(3)** | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding Defendant's plea of guilty to Count 1 of the Information, charging a violation of 21 U.S.C. § 846—Conspiracy to Distribute and Possess with Intent to Distribute at Least 50 Grams or More of a Mixture or Substance Containing Methamphetamine. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on December 17, 2018, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to Defendant's plea agreement, the Court finds defendant **GUILTY** of Count 1 of the Information in the above-numbered cause.

**So ORDERED and SIGNED this 19th day of December, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE